ACCEPTED
15-24-00089-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
9/29/2025 2:25 PM
CHRISTOPHER A. PRINE
CLERK

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
9/29/2025 2:25:56 PM
CHRISTOPHER A. PRINE
Clerk



Charles C. Webb, Jr.
Benny M. Cason
Parker S. Webb
Patrick L. Beam
Matthew S. Manning
Stephen J. Chapman
Craig Rogers

September 29, 2025

Christopher A. Prine, Clerk
**Fifteenth Court of Appeals**
P.O. Box 12852
Austin, Texas 78711

> **Re:** **Court of Appeals Number:  15-24-00089-CV**
> **Trial Court Case Number:  207-CCV-61016-1**
>
> **Style:  Texas Department of Public Safety**
> **v. Leroy Torres**

Dear Mr. Prine:

This letter serves to inform the Court that attorney Brian Lawler will be presenting oral argument scheduled for November 20, 2025, at 1:30 p.m., on behalf of Appellee Leroy Torres regarding the above matter.

Sincerely,

/s/ Stephen J. Chapaman
Stephen J. Chapman

SJC/jp

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Jennifer Pena on behalf of Charles Webb
Bar No. 21039500
jennifer@wcctxlaw.com
Envelope ID: 106206889
Filing Code Description: Letter
Filing Description: Letter to Court regarding who will be presenting oral argument on behalf of Appelle
Status as of 9/29/2025 2:54 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Stephen Chapman | 24001870 | steve@wcctxlaw.com | 9/29/2025 2:25:56 PM | SENT |
| Jason Contreras | | Jason.contreras@oag.texas.gov | 9/29/2025 2:25:56 PM | SENT |
| Brian J.Lawler | | blawler@pilotlawcorp.com | 9/29/2025 2:25:56 PM | SENT |
| Matthew Manning | 24075847 | service@wcctxlaw.com | 9/29/2025 2:25:56 PM | SENT |
| Nicole A.Myette | | nicole.myette@oag.texas.gov | 9/29/2025 2:25:56 PM | SENT |